AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the

Southern District of Alabama

| | |
|---|---|
| Tube City IMS, LLC <br><br> *Plaintiff* <br><br> v. <br><br> Payne Superior Automotive, Inc. d/b/a Superior Automotive; Diversified Mill Contractors; THS Investments, Inc. d/b/a Tarrant Hydraulics; William C. Payne; David Chapman; Chris R. Henderson; Timothy H. Middleton <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:11-CV-00519 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Payne Superior Automotive, Inc. d/b/a Superior Automotive
c/o William C. Payne
5007 Highway 43 South
McIntosh, Alabama 36553

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carter H. Dukes
John W. Scott
Scott Dukes & Geisler, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Tel: (205) 251-2300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CHARLES R. DIARD, JR.**
*CLERK OF COURT*

Date: September 12, 2011

*Tina Wood*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-CV-00519

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                *Server's signature*

                            _____
                                                *Printed name and title*



                            _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| Tube City IMS, LLC | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 1:11-CV-00519 |
| Payne Superior Automotive, Inc. d/b/a Superior Automotive; Diversified Mill Contractors; THS Investments, Inc. d/b/a Tarrant Hydraulics; William C. Payne; David Chapman; Chris R. Henderson; Timothy H. Middleton | ) ) ) ) ) | |
| *Defendants* | | |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Diversified Mill Contractors
c/o Michael Cole
1300 Schillinger Road South, Lot 4
Mobile, Alabama 36695

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Carter H. Dukes
John W. Scott
Scott Dukes & Geisler, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Tel: (205) 251-2300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CHARLES R. DIARD, JR.**
*CLERK OF COURT*



Date: September 12, 2011

*Tina Wood*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-CV-00519

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| Tube City IMS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:11-CV-00519 |
| Payne Superior Automotive, Inc. d/b/a Superior Automotive; Diversified Mill Contractors; THS Investments, Inc. d/b/a Tarrant Hydraulics; William C. Payne; David Chapman; Chris R. Henderson; Timothy H. Middleton | ) ) ) ) ) | |
| *Defendants* | | SUMMONS IN A CIVIL ACTION |

To: *(Defendant's name and address)*   THS Investments, Inc. d/b/a Tarrant Hydraulics
c/o Keith Wade
1407 Pinson Street
Tarrant, Alabama 35217

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carter H. Dukes
John W. Scott
Scott Dukes & Geisler, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Tel: (205) 251-2300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CHARLES R. DIARD, JR.**
*CLERK OF COURT*



Date: September 12, 2011                                                   *Tina Wood*
                                                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-CV-00519

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*


                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| Tube City IMS, LLC <br><br> *Plaintiff* <br><br> v. <br><br> Payne Superior Automotive, Inc. d/b/a Superior Automotive; Diversified Mill Contractors; THS Investments, Inc. d/b/a Tarrant Hydraulics; William C. Payne; David Chapman; Chris R. Henderson; Timothy H. Middleton <br> *Defendants* | ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:11-CV-00519 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William C. Payne
5007 Highway 43 South
McIntosh, Alabama 36553

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Carter H. Dukes
John W. Scott
Scott Dukes & Geisler, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Tel: (205) 251-2300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CHARLES R. DIARD, JR.**
*CLERK OF COURT*

*Tina Wood*
Signature of Clerk or Deputy Clerk

Date: September 12, 2011

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-CV-00519

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| Tube City IMS, LLC <br> *Plaintiff* <br> v. <br> Payne Superior Automotive, Inc. d/b/a Superior Automotive; Diversified Mill Contractors; THS Investments, Inc. d/b/a Tarrant Hydraulics; William C. Payne; David Chapman; Chris R. Henderson; Timothy H. Middleton <br> *Defendants* | ) ) ) ) ) ) ) ) ) Civil Action No. 1:11-CV-00519 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  David Chapman
3375 Ching Dairy Road
Mobile, Alabama 36618

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carter H. Dukes
John W. Scott
Scott Dukes & Geisler, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Tel: (205) 251-2300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CHARLES R. DIARD, JR.**
*CLERK OF COURT*

Date: September 12, 2011



*Tina Wood*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-CV-00519

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____                             _____
                                                                           *Server's signature*

                                                                _____
                                                                           *Printed name and title*


                                                                _____
                                                                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Alabama

| | |
|---|---|
| Tube City IMS, LLC <br> *Plaintiff* <br> v. <br> Payne Superior Automotive, Inc. d/b/a Superior Automotive; Diversified Mill Contractors; THS Investments, Inc. d/b/a Tarrant Hydraulics; William C. Payne; David Chapman; Chris R. Henderson; Timothy H. Middleton <br> *Defendants* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:11-CV-00519 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chris R. Henderson
8241 Barrie Drive
Theodore, Alabama 36582

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carter H. Dukes
John W. Scott
Scott Dukes & Geisler, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Tel: (205) 251-2300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CHARLES R. DIARD, JR.**
*CLERK OF COURT*

Date: **September 12, 2011**      *Tina Wood*
   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-CV-00519

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | | |
|---|---|---|
| Tube City IMS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:11-CV-00519 |
| Payne Superior Automotive, Inc. d/b/a Superior Automotive; Diversified Mill Contractors; THS Investments, Inc. d/b/a Tarrant Hydraulics; William C. Payne; David Chapman; Chris R. Henderson; Timothy H. Middleton | ) | |
| *Defendants* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Timothy H. Middleton
221 Rob Drive
McIntosh, Alabama 36553

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carter H. Dukes
John W. Scott
Scott Dukes & Geisler, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Tel: (205) 251-2300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CHARLES R. DIARD, JR.**
*CLERK OF COURT*

Date: September 12, 2011           *Tina Wood*
                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:11-CV-00519

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: