| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Staton*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 9-13-11 |
| 1. Article Addressed to:<br><br>Tarrant Hydraulics<br>Keith Wade<br>1407 Pinson Street<br>Tarrant, Alabama 35217 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0000 4624 1061 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |