IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TUBE CITY IMS, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 11-0519-WS-B |
| ) | |
| **PAYNE SUPERIOR AUTOMOTIVE,** ) | |
| **INC.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on the "Motion for Pro Tanto Dismissal of Defendant THS Investment, Inc." (doc. 67) filed by plaintiff and defendant THS Investment, Inc. The Motion reflects that plaintiff and THS Investment jointly request the dismissal with prejudice of all of plaintiff's claims against that defendant, without affecting plaintiff's claims against the remaining parties.

On January 24, 2012, the Court entered an Order (doc. 68) recognizing that movants had no absolute right to dismiss these claims because the conditions of Rule 41(a)(1), Fed.R.Civ.P., were not satisfied. Accordingly, the January 24 Order explained, dismissal of those claims is appropriate, if at all, only under Rule 41(a)(2), Fed.R.Civ.P., which authorizes dismissal of a claim at the plaintiff's request "only by court order, on terms that the court considers proper." *Id.* On that basis, and to afford all defendants a reasonable opportunity to be heard, the January 24 Order directed that non-movants submit any opposition to the Motion by no later than January 31, 2012, with the proviso that if no defendant submitted an opposition brief on or before that date, the Court would assume that the Motion is unopposed and would promptly enter an order granting it. No such response has been filed, and the deadline has now expired; therefore, the Court assumes that the other defendants have no objection to the Motion for Pro Tanto Dismissal.

In light of the foregoing, the Court finds that the Motion for Pro Tanto Dismissal of Defendant THS Investment, Inc. (doc. 67) is due to be, and the same hereby is, **granted**.

-2-

Pursuant to Rule 41(a)(2), Fed.R.Civ.P., all of plaintiff's claims asserted against defendant THS Investment, Inc., the sole member of Tarrant Hydraulic Service, LLC, n/k/a DKW Holdings, LLC, are **dismissed with prejudice**, each party to bear its own costs.  The Clerk of Court is directed to **terminate** defendant THS Investment as a party defendant in this matter.

This action shall proceed with respect to plaintiff's claims against all remaining defendants.

DONE and ORDERED this 1st day of February, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE